DISMISS; Opinion issued November 20, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01290-CV

## IN THE INTEREST OF J.C.T. AND L.D.T., CHILDREN

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 82-17818

## MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion By Justice Richter

By letter dated October 17, 2012, the Court questioned its jurisdiction over the appeal. Specifically, it appears there is no final judgment. We requested that appellant file a jurisdicitonal brief, within ten days of the date of the letter, explaining how this Court has jurisdiction over the appeal. As of today's date, appellant has not filed a jurisdictional brief.

Except in circumstances not applicable here, this Court has jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all pending parties and claims. *Id.*

In her notice of appeal, appellant states she is appealing the order granting the motion to terminate the writ of withholding and the order granting the motion to terminate notice of levy to financial institutions. Both orders were signed on June 21, 2012. In his motion to terminate the writ

of withholding, appellee asserted a claim for attorney's fees. Appellee's claim for attorney's fees remains pending. In light of this pending claim, there is no final judgment. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).


MARTIN RICHTER
JUSTICE

121290F.P05

–2–



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.C.T. AND L.D.T., CHILDREN

No. 05-12-01290-CV

Appeal from the 256th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. 82-17818).

Opinion delivered by Justice Richter, Justices Lang-Miers and Myers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Billy Coy Taylor, recover his costs of the appeal from appellant, Linda May Pryor.

Judgment entered November 20, 2012.

MARTIN RICHTER
JUSTICE